# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:   LINDA MURPHY                                CASE NO: 08-02506
                                                     CHAPTER 13

         DEBTORS(S)                                  JUDGE: JACQUELINE P COX

                                                     NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**     DEUTSCHE BANK NATIONAL

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 9780 ARRS | $ 17,282.32 | $ 8,822.00 | $ 8,822.00 |

Total Amount Paid the Trustee                                                $   8,822.00

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                     X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-02506

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 05th day of    December, 2012.

Debtor(s)                                                              Debtors Attorney

LINDA MURPHY                                                 ROBERT J SEMRAD & ASSOC LLC
3718 176TH PL                                                     20 S CLARK ST 28TH FLR
LANSING IL 60438                                               CHICAGO IL 606030000

Mortgage Arrearage Creditor

DEUTSCHE BANK NATIONAL
% AMERICAN HOME MORTGAGE SERV
PO BOX 631730
IRVING TX 75063-1730

Electronic Service US Trustee

Date: December 5, 2012                                      /s/ Tom Vaughn

                                                                         Tom Vaughn, Chapter 13 Trustee
                                                                         Chapter 13 Trustee
                                                                         55 East Monroe Street, Suite 3850
                                                                         Chicago, Ill   60603